**CASE CLOSED**

# United States District Court
# Central District of California

| | |
|---|---|
| **JONATHAN HELLER,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**ALLTRAN FINANCIAL, LP, and DOES 1 through 10, inclusive,**<br><br>Defendant. | Case № 2:17-CV-01821-ODW(E)<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS CASE [23]** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.  Each party shall bear their own costs and expenses.

**IT IS SO ORDERED.**

October 4, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**